**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**JOEL HERNANDEZ,**<br>Defendant | **NO. 5: 09-MJ-04-09 (CWH)**<br><br>REMOVAL PROCEEDINGS<br>FROM THE EASTERN DISTRICT OF MISSOURI<br>No. 4:09-MJ-98 (DDN) |

**ORDER OF TEMPORARY DETENTION AND REMOVAL**

The above-named defendant is charged in a CRIMINAL COMPLAINT with violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(ii) alleged to have been committed in the EASTERN DISTRICT OF MISSOURI.

BRIEF DESCRIPTION OF CHARGE(S):

Possession With Intent to Distribute in excess of five (5) kilograms of Cocaine, a Schedule II controlled substance

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant

☐ has been established by clear and convincing evidence

☒ has been admitted by the defendant.

☒ The court further finds that TEMPORARY DETENTION of said defendant is necessary and appropriate under the circumstances of this case, pending a review of said proceedings in the district of prosecution, the defendant specifically RESERVING his right in the district of prosecution to both a PRELIMINARY EXAMINATION under Rule 5.1 of the Federal Rules of Criminal Procedure and a DETENTION HEARING under the Bail Reform Act;  or,

☐ The court further finds that conditions for the release of this defendant can be set by the court to insure his/her appearance in the district of prosecution;  a separate Order of Release has been entered by the court.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN (if any), the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 29th day of APRIL, 2009.



CLAUDE W. HICKS, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE